IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RODERICK WINSTON GRAHAM, ET AL., ) ) ) Plaintiffs, ) ) vs. ) ) BANK OF AMERICA, N.A. , ) ) Defendant. ) _____ ) | Civ. No. 11-00546 BMK  ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

On December 6, 2013, Plaintiffs failed to appear for a hearing on Defendant's Motion to Compel Discovery.  Subsequently, on December 9, 2013, this Court ORDERED Plaintiffs to appear on January 6, 2013, to show good cause, if any, why sanctions, including dismissal of this case, should not be imposed for failure to prosecute this case.  This Court's December 9, 2013 ORDER stated further, that if Plaintiffs failed to comply with Defendant's outstanding discovery requests by January 6, 2013, the Court would dismiss this case.

On January 6, 2013, Plaintiffs failed to appear at the Show Cause hearing, and had not complied with Defendant's outstanding discovery requests.

Accordingly, the Court orders that this case be DISMISSED with prejudice.  The Clerk of Court is DIRECTED to enter Judgment in favor of Defendant and against Plaintiffs, and to close this case.

      DATED:  Honolulu, Hawaii, January 6, 2014.

      IT IS SO ORDERED.



     /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Roderick Winston Graham, et al., v. Bank of America, N.A., Civ. No. 11-00546 BMK; ORDER FOR DISMISSAL.